```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


JESUS RAMIREZ ORTEGA,        )
                             )
          Plaintiff(s),      )   No. C09-0566 BZ
                             )
     v.                      )
                             )   SCHEDULING ORDER
INDYMAC FEDERAL BANK, FSB,   )
                             )
                             )
          Defendant(s).      )
                             )
```

Following removal, defendants scheduled motions to be heard on April 1, 2009.  That date is not available, inasmuch as the court has the general criminal duty during April.  Accordingly, **IT IS ORDERED** that defendants' motions will be heard on **March 25, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Plaintiff's opposition shall be filed by **March 2, 2009**.  On or before that date plaintiff shall consent or decline magistrate judge jurisdiction.  The form to consent to or decline magistrate judge jurisdiction may be found on the court's website at: http://www.cand.uscourts.gov

1

1 |     Defendants' reply shall be filed by **March 9, 2009.**

Dated:   February 13, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ORTEGA V. INDYMAC\SCHEDULING ORDER.wpd