**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RAMIREZ ORTEGA, ) | Case No. 09-0566 SC |
| ) | |
| Plaintiff, ) | ORDER TO SHOW CAUSE |
| ) | |
| v. ) | |
| ) | |
| INDYMAC FEDERAL BANK, FSB, NDEX ) | |
| WEST, LLC, and FEDERAL DEPOSIT ) | |
| INSURANCE CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On April 30, 2009, this case was reassigned to this chambers for all further proceedings. Docket No. 16 ("Reassignment Order"). The Reassignment Order vacated all matters scheduled for hearing. Id. Before the case was reassigned, the Honorable Bernard Zimmerman issued an order to show cause in writing by Monday, April 27, 2009, why this case should not be dismissed for the reasons argued in Defendant's motion to dismiss and for lack of prosecution. Docket No. 11. Magistrate Judge Zimmerman noticed a hearing on the order for May 20, 2009. Id. Plaintiff did not respond in writing to the order to show cause.

The Court hereby issues a new Order to Show Cause why the case should not be dismissed. Plaintiff must do so at a hearing scheduled for May 29, 2009, at 10:00 a.m. in Courtroom 1, on the

1  17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San
2  Francisco, CA 94102.  Plaintiff shall appear personally if he
3  wished to proceed pro se, or may do so through counsel if he has
4  secured new counsel.  At the hearing, Plaintiff should explain why
5  he has failed to respond to Defendant's motion to dismiss.
6  Alternatively, if Plaintiff does not wish to pursue this
7  case, he may dismiss it and not respond to this Order to Show
8  Cause.
9      Defendant's attorneys are ORDERED to serve this Order,
10 along with a copy of the motion to dismiss, on Plaintiff
11 personally.  Defendant's attorneys must file a proof of service
12 with the Court.

14      IT IS SO ORDERED.

16      Dated: May 5, 2009

                                      _____
                                      UNITED STATES DISTRICT JUDGE

2