DAVID R. ZARO (BAR NO. 124334)
dzaro@allenmatkins.com
JOSHUA R. MANDELL (BAR NO. 225269)
jmandell@allenmatkins.com
NANCY S. FONG (BAR NO. 217552)
nfong@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816

Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE
CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RAMIREZ ORTEGA,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION; NDEX WEST, LLC and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C 09-00566 SC<br><br>[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE FOR FAILURE TO PROSECUTE AND FOR FAILURE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS<br><br>Date: May 29, 2009<br>Time: 10:00 a.m.<br>Ctrm: 1, 17th Floor (San Francisco)<br>Judge: Hon. Samuel Conti |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

829317.01/LA

1

Case No. C 09-00566 SC
[PROPOSED] ORDER

The Order to Show Cause ("OSC") Why Case Should Not Be Dismissed For Failure to Prosecute and for Failure to Respond to Defendant Federal Deposit Insurance Corporation's Motion to Dismiss ("Defendant" or "FDIC"), came on for hearing on May 29, 2009 at 10:00 a.m. in Courtroom 1 of the above-entitled Court. Nancy S. Fong, Esq. of Allen Matkins Leck Gamble Mallory & Natsis LLP, appeared on behalf of Defendant Federal Deposit Insurance Corporation.

Pursuant to the Court's Order dated May 5, 2009, Plaintiff was ordered to appear at the OSC personally, or appear through counsel if Plaintiff has retained new counsel. Plaintiff was personally served with a copy of the Court's May 5, 2009 Order. Plaintiff and/or Plaintiff's counsel failed to appear at the OSC.

**GOOD CAUSE APPEARING, the Court hereby orders that Plaintiff's Complaint shall be dismissed with prejudice.**

**IT IS SO ORDERED.**

Dated:   6/1/09

_____
Hon. Samuel L. Conti
Judge, United States District Court

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

829317.01/LA

Case No.  C 09-00566 SC
[PROPOSED] ORDER

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA      )
                         ) ss.:
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 South Figueroa Street, Ninth Floor, Los Angeles, California 90071-3309.

On May 29, 2009, I served on interested parties in said action the within:

[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE FOR FAILURE TO PROSECUTE AND FOR FAILURE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

Jesus Ramirez Ortega
670 Panjon Street
Hayward, CA 94544

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on May 29, 2009, at Los Angeles, California.

Russell P. Ritchie
(Type or print name)                    (Signature)

LAW OFFICES
Allen Matkins Leck Gamble Mallory & Natsis LLP
829317.01/LA

Case No. C 09-00566 SC
[PROPOSED] ORDER